IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 3:23CR122 |
| Plaintiff, | ) | |
| v. | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| ARUAN DRAKE, | ) | |
| MARK DABNEY, | ) | GOVERNMENT'S TRIAL EXHIBIT |
| OLUWAFEMI MICHAEL AWOYEMI, | ) | LIST |
| PETER REED, JR., | ) | |
| | ) | |
| Defendants. | ) | |

| Exhibit No. | File Name & Description |
|---|---|
| 1 | Harmony Hospitality Summary |
| 2 | Harmony Hospitality Accounting Records Redacted |
| 3 | Harmony Hospital Fraud E-mail |
| 4 | Harmony Hosp Fedex Receipt |
| 5 | Otis Elevatorion, JPMC x6157 Records 1 Redacted |
| 6 | Otis Elevatorion, JPMC x6157 Records 2 Redacted |
| 7 | 1B47 Bashiru-Okereke Otis Elvatorion |
| 8 | 1B47 Bashiru-Reed, Otis and others |
| 9 | 1B47 Bashiru-Spencer, Otis Elavatorion and others |
| 10 | Bashiru-Okereke Chat re Spencer ID |
| 11 | Bashiru-Okereke Chat, photo of Actual Otis Check |
| 12 | Bashiru-Okereke Chat, re Otis Check |
| 13 | Bashiru-Okereke Chat, re Otis Co Registration |
| 14 | Bashiru-Okereke Chat, re Otis Name Unavailable |
| 15 | Otis Bank Call (9183e263-f006-4407-a156-1b5c691041f7) - Synced.mp4 |
| 16 | Bashiru Okereke Chat, re Otis Bank Call |
| 17 | 001.254 20220511 Fw-Francis Otis.eml |
| 18 | corpStatus.do.pdf |

1

| Exhibit No. | File Name & Description |
|---|---|
| 19 | 001.253 20220511 Fw Francis Otis 2.eml |
| 20 | CP575Notice 1652199051215.pdf |
| 21 | Alphavets Summary |
| 22 | Evulukwu, BofA x9825 Stmts |
| 23 | Evulukwu, BofA x9825 Debits |
| 24 | Evulukwu, BofA x9825 Cashiers Checks Redacted |
| 25 | Evulukwu, BofA x9825 Sig Card |
| 26 | Evulukwu, BofA x9825 Records Cert |
| 27 | Luxar, BofA x3663, Stmts |
| 28 | Luxar, BofA x3663, Deposits |
| 29 | Luxar, BofA x3663, Debits |
| 30 | Luxar, BofA x3663, Records Cert |
| 31 | Sandhowe Svcs, JPMC x5553 |
| 32 | Sandhowe Svcs, JPMC x5553 Records Cert |
| 33 | Sandhowes Svcs, BofA x0742, Cust Info |
| 34 | Sandhowes Svcs, BofA x0742, Stmts |
| 35 | Sandhowes Svcs, BofA x0742, Deposit |
| 36 | Sandhowes Svcs, BofA x0742, Sig Card |
| 37 | Sandhowes Svcs, BofA x0742, Records Cert |
| 38 | T4 Executive, PNC x8529 Stmts |
| 39 | T4 Executive, PNC x8529 Checks |
| 40 | T4 Executive, PNC x8529 Sig Card and ID |
| 41 | T4 Executive, PNC x8529 Records Cert |
| 42 | AlphaVets March 2021 Bank Statement |
| 43 | AlphaVets E-mail |
| 44 | Frantzen, Wells Fargo x0738, Stmts |
| 45 | Frantzen, Wells Fargo x0738, Checks |
| 46 | Frantzen, Wells Fargo x0738, Wire Detail |
| 47 | Frantzen, Wells Fargo x0738, Sig Card |

| Exhibit No. | File Name & Description |
|---|---|
| 48 | Frantzen, Wells Fargo x0738, Records Cert |
| 49 | Mislabled, PNC x3787, Stmts and Items |
| 50 | Mislabled, PNC x3787, Sig Card |
| 51 | Mislabled, PNC x3787, Records Cert |
| 52 | 001.225 20220727.eml |
| 53 | CP575Notice 1642090942525.pdf |
| 54 | Anderson Summary |
| 55 | Parker, Citizens x1890, Stmts |
| 56 | Parker, Citizens x1890, Debit Items |
| 57 | Parker, Citizens x1890 Sig Card |
| 58 | Parker, Citizens x1890, Wire Detail |
| 59 | Parker, Citizens x1890, Records Cert |
| 60 | Anderson E-mail Redacted |
| 61 | Anderson E-mail to Bank Redacted |
| 62 | 1B47 Bashiru-Okereke re Phillip Lane check |
| 63 | 32d1a3cf-e722-45ca-9e7c-8c8c848af7c7.m4a |
| 64 | Carter Lumber Summary |
| 65 | Sigma Banking Info |
| 66 | RE SOUTHERN PIPE - STATEMENT W OPEN INVOICES |
| 67 | Re RE SOUTHERN PIPE - STATEMENT W OPEN INVOICES |
| 68 | PNC Bank Verification Letter |
| 69 | Certificate of Authenticity   SPS |
| 70 | Carter Lumber Wire Details |
| 71 | Carter Lumber Fraud E mail |
| 72 | T4 Executive, Truist x2717, Client Info |
| 73 | T4 Executive, Truist x2717 Stmts |
| 74 | T4 Executive, Truist x2717 Checks |
| 75 | T4 Executive, Truist x2717 Wires |
| 76 | T4 Executive, Truist x2717 Sig Card |

| Exhibit No. | File Name & Description |
|---|---|
| 77 | T4 Executive, Truist x2717 Records Cert |
| 78 | Hey .msg |
| 79 | Untitled attachment 00068.txt |
| 80 | CP575Notice 1613764408933.pdf |
| 81 | hey.msg |
| 82 | Untitled attachment 00056.txt |
| 83 | DownloadOrderedDocument.pdf |
| 84 | Hi (1).msg |
| 85 | Untitled attachment 00044.txt |
| 86 | DownloadOrderedDocument.pdf |
| 87 | Hi.msg |
| 88 | igbo POA DESMOND 1.pdf |
| 89 | Untitled attachment 00076.txt |
| 90 | Clare V Summary |
| 91 | 1010 W Randolph Lease |
| 92 | Clare V Fraud E mail |
| 93 | Clare V Fraud Wire Detail |
| 94 | Brimuyo Autos, BofA x6673 Stmts |
| 95 | Brimuyo Autos, BofA x6673 Withdrawals |
| 96 | Brimuyo Autos, BofA x6673 Check |
| 97 | Brimuyo Autos, BofA x6673 Records Cert |
| 98 | Darig Sales, BofA x0389 Stmts |
| 99 | Darig Sales, BofA x0389 Sig Card |
| 100 | Darig Sales, BofA x0389 Cashiers Checks |
| 101 | Lasalle-Lake-112290-WU-ATM-IILD2057-IP-08-06-2023-09-44-20-07 |
| 102 | Hyde-Park-112382-WU-ATM-IILN2244-IP-08-06-2023-10-30-32-21 |
| 103 | Darig Sales, BofA x0389 Records Cert |
| 104 | Jiya, PNC x1254 |
| 105 | Jiya, PNC x1254 Records Cert |

4

| Exhibit No. | File Name & Description |
|---|---|
| 106 | Johnsmith Movers, PNC x9086 Stmts |
| 107 | Johnsmith Movers, PNC x9086 Items |
| 108 | Johnsmith Movers, PNC x9086 Wire Detail |
| 109 | Johnsmith Movers, PNC x9086 Sig Card |
| 110 | Johnsmith Movers, PNC x9086 Records Cert |
| 111 | Bashiru-Okereke re JohnSmith Movers Chase Acct |
| 112 | Bashiru-Okerkeke re JohnSmith BMO Account 1 |
| 113 | Bashiru-Okereke re JohnSmith BMO Account 2 |
| 114 | Bashiru-Okerkeke re JohnSmith and others |
| 115 | c04a8fe5 aaf8 46bb bb78 e014e39b0c45.mp4 |
| 116 | Fortex Summary |
| 117 | Fortec Fraudulent E-mail |
| 118 | Fortec Fraudulent Wire Instructions |
| 119 | Nita-Ing Sales, JMPC x2191 |
| 120 | Handgards Summary |
| 121 | Handgards Fraud E-mail.pdf |
| 122 | COEXSOLUTIONS ACH Instruction.pdf |
| 123 | James Johnson, Citizens x2095, Stmts |
| 124 | James Johnson, Citizens x2095, Acct Opening Photos |
| 125 | James Johnson, Citizens x2095, Check Purchases and Photos |
| 126 | James Johnson, Citizens x2095, Sig Card |
| 127 | James Johnson, Citizens x2095, Records Cert |
| 128 | Huron County Treasurer Summary |
| 129 | Huron County Fraud E-mail |
| 130 | Glinsey, Huntington x7923, Stmt |
| 131 | Glinsey, Huntington x7923, Cashiers Check |
| 132 | Glinsey, Huntington x7923, Wire Detail |
| 133 | Glinsey, Huntington x7923, Withdrawals |
| 134 | Glinsey, Huntington x7923, Sig Cards |

5

| Exhibit No. | File Name & Description |
|---|---|
| 135 | Glinsey, Huntington x7923, Records Cert |
| 136 | Junipero Trading Summary |
| 137 | Aruan Drake, JPMC x0386 |
| 138 | Sonya Watson, JPMC x2607 |
| 139 | Junipero Fraud E-mail |
| 140 | Junipero Fraud Wire Detail |
| 141 | Alikiku Concept, SunTrust x4405 Checks |
| 142 | Alikiku Concept, SunTrust x4405 Records Cert |
| 143 | Alikiku Concept, SunTrust x4405 Sig Card |
| 144 | Alikiku Concept, SunTrust x4405 Stmts |
| 145 | Alikiku Concept, SunTrust x4405 Wire Detail |
| 146 | Pillars Fashion Club, JPMC x6652 |
| 147 | Pillars Fashion Club, JPMC x6652 Add'l Item |
| 148 | 1B24 Drake iPhone Sonya Watson |
| 149 | 1B24 Drake iPhone Pillars Fashion Club |
| 150 | Library SMS Attachments 06426D737D8D RPReplay Final1645627449.mov |
| 151 | Library SMS Attachments 78 08 D72B1F0A-7A15-4B21-912A-2411CF78EC49 IMG 9448 - Synced.mp4 |
| 152 | How far.msg |
| 153 | Untitled-attachment-00004.txt |
| 154 | CP575Notice-1643140948489.pdf |
| 155 | M. Eagle Tools Summary |
| 156 | M. Eagle Tools Fraudulent E mail |
| 157 | M. Eagle Tools Wire Detail |
| 158 | M.Eagle Tools Records Cert |
| 159 | Lakeside Cleaning, Wintrust x9364 Acct Opening |
| 160 | Lakeside Cleaning, Wintrust x9364 Logins |
| 161 | Lakeside Cleaning, Wintrust x9364 UserID |
| 162 | Lakeside Cleaning, Wintrust x9364 Statements |

| Exhibit No. | File Name & Description |
|---|---|
| 163 | Lakeside Cleaning, Wintrust x9364 Debit Items |
| 164 | Lakeside Cleaning, Wintrust x9364 Credit Items |
| 165 | Lakeside Cleaning, Wintrust x9364 Wire Detail |
| 166 | Lakeside Cleaning, Wintrust x9364 Resolution |
| 167 | Lakeside Cleaning, Wintrust x9364 Records Cert |
| 168 | Leadson Sales, Truist x0279, Stmts |
| 169 | Leadson Sales, Truist x0279, Items |
| 170 | Leadson Sales, Truist x0279, Sig Card |
| 171 | Leadson Sales, Truist x0279, Wire Details |
| 172 | Leadson Sales, Truist x0279, Records Cert |
| 173 | Paradise Runway, Wintrust x6667 Stmts |
| 174 | Paradise Runway, Wintrust x6667 Sig Card |
| 175 | Paradise Runway, Wintrust x6667 Credit Items |
| 176 | Paradise Runway, Wintrust x6667 Resolution |
| 177 | Paradise Runway, Wintrust x6667 Records Cert |
| 178 | Bashiru-Okereke re Paradise Runway |
| 179 | Bashiru-Okereke re Paradise Runway Info |
| 180 | Lightnet Summary |
| 181 | Lightnet USA, JPMC x5295 Stmts |
| 182 | Lightnet USA, JPMC x5295 Customer Info |
| 183 | Lightnet USA, JPMC x5295 Sig Card |
| 184 | Lightnet USA, JPMC x5295 Records Cert |
| 185 | 1B47 Bashiru-Reed re Paulson, Hicks, and SSN |
| 186 | 1B47 Bashiru-Okereke re Lightnet account |
| 187 | Bashiru-Okereke, WhatsApp re Lightnet account |
| 188 | 001.268 20220112 Fw How far.eml |
| 189 | corpStatus.do.pdf |
| 190 | 001.269 20220112 Fw How far.eml |
| 191 | 2022 Escalade Purchase Summary |

7

| Exhibit No. | File Name & Description |
|---|---|
| 192 | Minn Assoc of Twnshps Summary |
| 193 | Minn Assoc Fraud Email |
| 194 | Minn Assoc Fraudulent ACH Instructions |
| 195 | Re Texas Traditions Bank Confidential Offering Memorandum.msg |
| 196 | FW Texas Traditions Bank Confidential Offering Memorandum.msg |
| 197 | ACH only.pdf |
| 198 | Page from AAS Banking ALL 0663 22 0731 Statement Redacted |
| 199 | Certificate of Authenticity |
| 200 | ETF Industries, JPMC x8694 Acct Opening |
| 201 | ETF Industries, JPMC x8694 Stmts |
| 202 | ETF Industries, JPMC x8694 Wires |
| 203 | ETF Industries, JPMC x8694 Records Cert 1 |
| 204 | ETF Industries, JPMC x8694 Records Cert 2 |
| 205 | 2022 Escalade Purchase Records |
| 206 | Marshall Goldman Records Cert |
| 207 | OneLuxar, NFCU x8693 Records |
| 208 | OneLuxar, NFCU x8693 Records Cert |
| 209 | Patt Indus., Truist x9331 Stmts |
| 210 | Patt Indus., Truist x9331 Wires |
| 211 | Patt Indus., Truist x9331 Sig Card |
| 212 | Patt Indus., Truist x9331 Items |
| 213 | Patt Indus., Truist x9331 Records Cert |
| 214 | Tia Industries, Truist x7527, Stmts |
| 215 | Tia Industries, Truist x7527, Checks |
| 216 | Tia Industries, Truist x7527, Wires |
| 217 | Tia Industries, Truist x7527, Sig Card |
| 218 | Tia Industries, Truist x7527, Records Cert |
| 219 | Mr. Fence Summary |
| 220 | Mr. Fence Fraud E mail.msg |

8

| Exhibit No. | File Name & Description |
|---|---|
| 221 | 1st container.pdf |
| 222 | 2nd container.pdf |
| 223 | 3rd container.pdf |
| 224 | 4th container.pdf |
| 225 | 5th container.pdf |
| 226 | 6th container.pdf |
| 227 | Mr Fence Wire Detail |
| 228 | Cert of Auth- Mr Fence of Florida |
| 229 | Evulukwu, Truist x1096, Stmts |
| 230 | Evulukwu, Truist x1096, Client Info |
| 231 | Evulukwu, Truist x1096, Sig Card |
| 232 | Evulukwu, Truist x1096, Records Cert |
| 233 | Lakeside Clearning, Old National x0812, Stmts |
| 234 | Lakeside Clearning, Old National x0812 Deposit Items |
| 235 | Lakeside Clearning, Old National x0812 Records Cert |
| 236 | North Bergen Bd of Ed Summary |
| 237 | Sermons and Sermons, JPMC x5597 |
| 238 | Okereke-Spencer re North Bergen Bd Ed |
| 239 | Okereke-Awoyemi re North Bergen Bd Ed 2 |
| 240 | Okereke-Awoyemi re North Bergen Bd Ed 1 |
| 241 | North Bergen Bd of Ed Fraud E-mail |
| 242 | 1B16 Okereke-Awoyemi re N Hovey Address |
| 243 | Charlesworth, JPMC x7026 |
| 251 | OA Peterson Summary |
| 252 | OA Peterson E mail |
| 253 | Dabney, Citizens x9322, Stmts |
| 254 | Dabney, Citizens x9322, Payment Items |
| 255 | Dabney, Citizens x9322, Wire Detail |
| 256 | M Dabney-Account Opening-PA859-1292221 |

9

| Exhibit No. | File Name & Description |
|---|---|
| 257 | M Dabney-Account Opening-PA859-12922-2 |
| 258 | M Dabney-Account Opening-PA859-12922-3 |
| 259 | M Dabney-Account Opening-PA859-12922-4 |
| 260 | M Dabney-Account Opening-PA859-12922-5 |
| 261 | M Dabney-Account Opening-PA859-12922-6 |
| 262 | M Dabney-Account Opening-PA859-12922-7 |
| 263 | Dabney, Citizens x9322, Records Cert |
| 264 | Garrett, Discover x7032 Stmts |
| 265 | Garrett, Discover x7032, Payment Info |
| 266 | Garrett, Discover x7032, Records Cert |
| 267 | Products Plus Summary |
| 268 | Products Plus E-Mail |
| 269 | Products Plus Wire Detail |
| 270 | BRF Global, BMO x3278, Records |
| 271 | BRF Global, BMO x3278 Records Cert |
| 272 | Talkspace, JPMC x6759 Records |
| 273 | 1B47 Bashiru-Okereke re Talkspace |
| 274 | 1B47 Bashiru-Reed re Laresa Jones |
| 275 | 1B47 Bashiru-Laresha Jones re Talksapce Account |
| 276 | Bashiru-Okereke Talkspace creation |
| 277 | 001.210-20220815-Hi.eml |
| 278 | CP575Notice 1660570158034.pdf |
| 279 | Marshall Valley Acct, BMO x0403 |
| 280 | Marshall Valley Acct, BMO x0403 Records Cert |
| 281 | 1B47 Bashiru-Okereke re Marsahal Valley |
| 282 | Bashiru-Okereke WhatsApp re Linda Abest ID and deposit |
| 283 | RSP Industries Summary |
| 284 | RSP Industries Fraud E mail 1.msg |
| 285 | RSP Industries Fraud E mail 2.msg |

10

| Exhibit No. | File Name & Description |
|---|---|
| 286 | RSP Industries Fraud Email 3.msg |
| 287 | RSP Industries Fraud Email 4.msg |
| 288 | Angelic Four Ent., JPMC x0639 Cashiers Checks |
| 289 | Angelic Four Ent., JPMC x0639 |
| 290 | VTF Summary |
| 291 | JV of Time Square Summary |
| 292 | 19 Sln's, Citibank x6251 Openining Docs |
| 293 | 19 Sln's, Citibank x6251 Stmts |
| 294 | 19 Sln's, CitiBank x6251 Outgoing Wires |
| 295 | 19 Sln's, Citibank Records Cert x6251 |
| 296 | Sensear Ent, Huntington x0044, Stmts |
| 297 | Sensear Ent, Huntington x0044, Deposits |
| 298 | Sensear Ent, Huntington x0044, Withdrawals |
| 299 | Sensear Ent, Huntington x0044, Cashier's Checks |
| 300 | Sensear Ent, Huntington x0044, Incoming $320,000 wire |
| 301 | Sensear Ent, Huntington x0044, Sig Cards etc |
| 302 | Sensear Ent, Huntington x0044, Records Cert |
| 303 | Lakeview Capital Summary |
| 304 | USPS Money Orders Dunyles Svcs, US Bank |
| 305 | Lakeview Capital Payment E mail |
| 306 | Lakeview Capital Wire Detail Redacted |
| 307 | Dunyles Svcs, Citibank x1074 Account Opening |
| 308 | Dunyles Svcs, CitiBank x1841 Account Opening Docs |
| 309 | Henry Dunye Lewis Photo |
| 310 | Dunyles Svcs, Citibank Records Cert |
| 311 | CB-1-1-6861933297097842219-1-206 - Synced.mp4 |
| 312 | CB-6-6-6851910887887939941-2-419 - Synced.mp4 |
| 313 | Dunyles, US Bank x7136 |
| 314 | Dunyles, US Bank x7136, Acct Signer |

| Exhibit No. | File Name & Description |
|---|---|
| 315 | Dunyles, US Bank x7136, Cust Info |
| 316 | Dunyles, US Bank x7136, Wire Info |
| 317 | Dunyles, US Bank x7136, Records Cer |
| 318 | Marciano Summary |
| 319 | Marciano Wiring Instructions E-mail Redacted |
| 320 | Marciano E-mail Confirming Wire Sent |
| 321 | Rieves Concepts, FNBO Acct 6481 |
| 322 | 1B47 Bashiru, Note re Rieves Concept, FNBO x6481 |
| 323 | South Beach Tri-Star Summary |
| 324 | Bezi, Wells Fargo x1080 Debits |
| 325 | Bezi, Wells Fargo x1080 Wires |
| 326 | Bezi, Wells Fargo x1080 Sig Card |
| 327 | Bezi, Wells Fargo x1080 Records Cert |
| 328 | Bluewave Maritime, Citibank x2482 Stmts |
| 329 | Bluewave Maritime, Citibank x2482 In and Out Wires |
| 330 | Bluewave Maritime, Citibank x2482 Sig Card |
| 331 | Bluewave Maritime, Citibank x2482 Records Cert |
| 332 | Geo Charlesworth, Huntington x2349 Stmts |
| 333 | Geo Charlesworth, Huntington x2349 Deposit Items |
| 334 | Geo Charlesworth, Huntington x2349 Withdrawals |
| 335 | Geo Charlesworth, Huntington x2349,  Cashier's Checks |
| 336 | Geo Charlesworth, Huntington x2349,  Incoming wire $195,000.00 |
| 337 | Geo Charlesworth, Huntington x2349 Sig Card etc |
| 338 | Geo Charlesworth, Huntington x2349 Records Cert |
| 339 | Safely Built Const, Huntington x5574 Stmts |
| 340 | Safely Built Const, Huntington x5574 Record |
| 341 | Safely Built Const, Huntington x5574 Cashier's Checks |
| 342 | Safely Built Const, Huntington x5574 Withdrawals |
| 343 | Safely Built Const, Huntington x5574 Incoming Wire $498,000 |

| Exhibit No. | File Name & Description |
|---|---|
| 344 | Safely Built Const, Huntington x5574 Sig Card |
| 345 | Safely Built Const, Huntington x5574 Records Cert |
| 346 | Tristar Fraud E-mail |
| 347 | South Beach Tri-Star Wire Information |
| 348 | 1B16 Okereke-Awoyemi Times Square and South Beach TS |
| 349 | 1B16 Okereke-Christopher Cashiers Checks Sensear |
| 350 | 1B16 Okereke Christopher re Bluewave |
| 351 | 1B16 Okereke Christopher re GTBank |
| 352 | 1B16 Okereke Christopher South Beach Tri Star Cashiers Checks |
| 353 | 1B16 Okereke Ebon re Naira |
| 354 | 1B16 Okereke Kingsley2 Bluewave |
| 355 | 1B16 Okereke Bashiru Rieves etc |
| 356 | a0f713bb-19c6-4857-b387-2c9b1994ac49.m4a |
| 357 | 1B16 Okereke-Christopher re Transfers |
| 358 | telegram-cloud-document-4-5854901896103333945-Converted.wav |
| 359 | 1B16 Okereke-Drake re JV Times Square |
| 360 | 9ab1bba3-89ac-4697-8dfd-2cdb443d24d3.mp4 |
| 361 | 1B16 Okereke Drake re SB Tri Star |
| 362 | 5f0c9b52-bcb7-49bd-836e-fa288867cf94.mp4 |
| 363 | ee90c224-bf8c-4a60-a04e-007407b8a67b.mp4 |
| 364 | 1B47 Bashiru-Okereke re VTF |
| 365 | 1B47 Bashiru-Reed re Glenn Rieves |
| 366 | eb0b6492-ebf4-459b-af98-b5fce4e1c4ba |
| 367 | Okereke iCloud WhatsApp with Awoyemi re Marciano |
| 368 | Okereke-Spencer re Rieves Concept Citibank |
| 369 | JV Time Square Fraud E-mail |
| 370 | JV Times Sq Records Cert |
| 380 | EA Wire and Cable Summary |
| 381 | SEA Wire Fraud Email |

| Exhibit No. | File Name & Description |
|---|---|
| 382 | SEA Wire Fraudulent ACH Instructions |
| 383 | SEA Wire Fraudulent Wire |
| 384 | Certificate of Authenticity   SEA Wire |
| 385 | Exclusive Sales, Truist x2338, Stmt |
| 386 | Exclusive Sales, Truist x2338, Client Info |
| 387 | Exclusive Sales, Truist x2338, Items |
| 388 | Exclusive Sales, Truist x2338, Sig Card |
| 389 | Exclusive Sales, Truist x2338, Records Cert |
| 390 | Phillip Lane Trucking, BofA x0665, Stmts |
| 391 | Phillip Lane Trucking, BofA x0665, Deposits |
| 392 | Phillip Lane Trucking, BofA x0665, Withdrawals |
| 393 | Phillip Lane Trucking, BofA x0665, Records cert |
| 394 | Phillip Lane Trucking, Citibank x1815, Stmts |
| 395 | Phillip Lane Trucking, Citibank x1815, Items |
| 396 | Phillip Lane Trucking, Citibank x1815, Sig Card |
| 397 | Phillip Lane Trucking, Citibank x1815, Records Cert |
| 398 | 1B47 Bashiru Okereke re Exclusive Sales Deposits, etc. |
| 399 | Bashiru-Okereke, Philip Lane Trucking Docs 1 |
| 400 | Bashiru-Okereke, Philip Lane Trucking Docs 2 |
| 401 | Bitch.msg |
| 402 | Untitled-attachment-00010.txt |
| 403 | CP575Notice 1647445481269.pdf |
| 404 | Seven Hills Academy Summary |
| 405 | Christopher, AMEX x992006 Stmts |
| 406 | Christopher, AMEX x992006 Payments |
| 407 | Christopher, AMEX x992006 Records Cert |
| 408 | Eswalker, JPMC x3296 Stmts |
| 409 | Eswalker, JPMC x3296 Debit Cards |
| 410 | Eswalker, JPMC x3296 Cashiers Checks |

14

| Exhibit No. | File Name & Description |
|---|---|
| 411 | Eswalker, JPMC x3296 Sig Card |
| 412 | Eswalker, JPMC x3296 Records Cert |
| 413 | Gonzalez, Huntington x2105 Stmts |
| 414 | Gonzalez, Huntington x2105 Cashiers Checks |
| 415 | Gonzalez, Huntington x2105 Wires |
| 416 | Gonzalez, Huntington x2105 Sig Card |
| 417 | Gonzalez, Huntington x2105 Records Cert |
| 430 | St. Croix Summary |
| 431 | St Croix Invoice |
| 432 | St Croix Fraudulent E mail |
| 433 | St Croix Fraudulent Wire Info |
| 434 | St Croix Wire Detail |
| 435 | Ariuseen, JPMC x6755 Stmts |
| 436 | Ariuseen, JPMC x6755 Cashiers Checks |
| 437 | Ariuseen, JPMC x6755 Records Cert |
| 438 | Sugar Services Summary |
| 439 | Comed bill Darius Green (dariusgreen959@gmail.com) 2021-12-23 1119.eml |
| 440 | Darius Green comed bill.pdf |
| 441 | Tricanberry pdf!!! Darius Green (dariusgreen959@gmail.com) 2022-05-31 1358.eml |
| 442 | TRICANBERRY SALES LLC lLStatus.do.pdf |
| 443 | Tricanberry pdf!!! Darius Green (dariusgreen959@gmail.com) 2022-05-31 1358 2.eml |
| 444 | TRICANBERRY-SALES-LLC---CP575Notice-1652746947492.pdf |
| 445 | Biz - Carlton Pruitt (pruittcarlton3@gmail.com) - 2022-06-13 1153.eml |
| 446 | TRICANBERRY SALESLLC lLStatus.do.pdf |
| 447 | Biz - Carlton Pruitt (pruittcarlton3@gmail.com) - 2022-06-13 1153 2.eml |
| 448 | TRICANBERRY SALES LLC-CP575Notice 1652746947492.pdf |
| 449 | Dariusgreen comed - Darius Green (dariusgreen959@gmail.com) - 2022-02-17 1004.eml |
| 450 | Comed bill.pdf |

15

| Exhibit No. | File Name & Description |
|---|---|
| 451 | Tricanberry, JPMC x9579, Stmts |
| 452 | Tricanberry, JPMC x9579, Drivers License |
| 453 | Tricanberry, JPMC x9579 Cashiers Checks |
| 454 | Tricanberry, JPMC x9579 Sig Card |
| 455 | Tricanberry, JPMC x9579 Records Cert |
| 465 | Sylvester Ranch Summary |
| 466 | Sylvester Ranch Fraud E-mail |
| 467 | Sylvester Ranch Wire Detail |
| 468 | Aruan Drake, Truist x3325 Stmts |
| 469 | Aruan Drake, Truist x3325 Cust Info |
| 470 | Aruan Drake, Truist x3325 Wire Detail |
| 471 | Aruan Drake, Truist x3325 Items |
| 472 | Aruan Drake, Truist x3325 Sig Card |
| 473 | Aruan Drake, Truist x3325 Records Cert |
| 474 | Beeflourish Int'l, BofA x0181, Sig Card |
| 475 | Beeflourish Int'l, BofA x0181, Records Cert |
| 476 | Frisk Logistics, Citibank x3600 Acct Opening |
| 477 | Frisk Logistics, Citibank x3600 Stmts |
| 478 | Frisk Logistics, Citibank x3600 Wires |
| 479 | Frisk Logistics, Citibank x3600 Records Cert |
| 480 | GBJ Architect, BofA x9294 Stmts |
| 481 | GBJ Architect, BofA x9294 Sig Card |
| 482 | GBJ Architect, BofA x9294 Records Cert |
| 483 | Zee World, Truist x9017 Sig Card |
| 484 | Zee World, Truist x9017 Records Cert |
| 485 | 1B16 Okereke Christopher Sylverster Ranch Wire |
| 486 | 1B24 Drake Okereke re GBJ Arch Check |
| 487 | Village of Greenwich Summary |
| 488 | City of Greenwich Email Communications |

16

| Exhibit No. | File Name & Description |
|---|---|
| 489 | City of Greenwich Payment Confirmation |
| 490 | City of Greenwich Records Cert |
| 491 | Lamar Investments, JPMC x6980 |
| 492 | Lamar Investments, JPMC x6980, Records Cert |
| 493 | Vinings Mngmt Summary |
| 494 | Jimmerson Sales, JPMC x3046, Stmts |
| 495 | Jimmerson Sales, JPMC x3046 Cashiers Checks |
| 496 | Jimmerson Sales, JPMC x3046 Sig Card |
| 497 | Jimmerson Sales, JPMC x3046 Records Cert |
| 498 | PATRICK JIMMERSON ACCOUNT LEDGER - Carl Pruitt (pruittcarlton@gmail.com) - 2022-11-04 1822.eml |
| 499 | ACCOUNT LEDGER (2).pdf |
| 500 | Westfield Insurance Summary |
| 501 | Richard Mille Watch Receipt |
| 502 | Email Communications Regarding Settlement |
| 503 | Westfield Check x9659 |
| 504 | Jewelry Unlimited, B of A x3664 Check Deposit |
| 505 | Jewelry Unlimited, B of A x3664 Records Cert |
| 506 | Lamp Holdings, Wintrust x5518 Acct Opening |
| 507 | Lamp Holdings, Wintrust x5518, Stmts |
| 508 | Lamp Holdings, Wintrust x5518, Westfield Check |
| 509 | Lamp Holdings, Wintrust x5518 Records Cert |
| 510 | Capture |
| 511 | Capture2 |
| 512 | Capture3 |
| 513 | Capture4 |
| 514 | Capture5 |
| 515 | Okereke-Spencer Lamp Holdings |
| 516 | Okereke-Spencer Checking on funds |

| Exhibit No. | File Name & Description |
|---|---|
| 517 | Okereke-Spencer at Westfield Check Deposit |
| 518 | Okereke-Spencer at Westfield Check 2 |
| 519 | Okereke-Mnamdi Watch Purchase |
| 520 | 4c089b91-01e1-4206-8833-fc2e9540ddcb - Synced.mp4 |
| 521 | Okereke-Spencer Westfiled Check |
| 522 | 4c089b91-01e1-4206-8833-fc2e9540ddcb - Synced.mp4 |
| 523 | Okereke-Awoyemi re Westfield check |
| 524 | 08fd6bed-e143-4273-a6c6-2ce58fafca24-Synced.mp4 |
| 525 | Okereke-Spencer at Wintrust Bank |
| 526 | Wood Smith Henning and Berman Summary |
| 527 | Chelsea Adams, Citizens x3742 Stmts |
| 528 | Chelsea Adams, Citizens x3742 Cashiers Checks |
| 529 | Chelsea Adams, Citizens x3742 Wire Detail |
| 530 | Chelsea Adams, Citizens x3742 Sig Card |
| 531 | Chelsea Adams, Citizens x3742 Records Cert |
| 532 | Dabney, Discover x1984, Payment Stmts |
| 533 | Dabney, Discover x1984, Payment Info and Stmt |
| 534 | Dabney, Discover x1984, Records Cert |
| 535 | Garrett, AMEX x25300, Stmts |
| 536 | Garrett, AMEX x25300, Payments |
| 537 | Garrett, AMEX x25300, Records Cert |
| 538 | Garrett, AMEX x261007, Stmts |
| 539 | Garrett, AMEX x261007, Payments |
| 540 | Garrett, AMEX x261007, Records Cert |
| 541 | WSHB Emails 1 |
| 542 | WSHB Emails 2 |
| 550 | 1B24 Drake iPhone Currency Exchange Discussions Okereke (Redacted) |
| 551 | 1B24 Drake-Christopher Return of Money |
| 552 | 1B24 Drake-Okereke Missing Money |

18

| Exhibit No. | File Name & Description |
|---|---|
| 553 | 06A76263-7031-459F-AAA6-406D61709755.medium.MOV |
| 554 | Drake-Okereke Re Jewelry |
| 555 | Drake-Okereke re Ola taking over |
| 556 | Drake-Okereke re Range Rover |
| 557 | 1B24 Drake-Andre Jr. re Cash (Redacted) |
| 558 | Library-SMS Attachments-88-08-4B4CB049-570E-4014-B371-940FE7F7F5CC 690b964b39844d0d9bccd74d40ec870a.MOV |
| 559 | 1B43 Reed iPhone Images |
| 560 | FBI 316F-CU-3598864 Peter Reed Jr. iPhone 13 2026-02-17 Report |
| 561 | IMG-0033.MOV |
| 562 | IMG-0074.MOV |
| 563 | IMG-0083.MOV |
| 564 | IMG-0107.MOV |
| 565 | IMG-0108.MOV |
| 566 | IMG-0109.MOV |
| 567 | IMG-0159.MOV |
| 568 | IMG-0166.MOV |
| 569 | IMG-0175.MOV |
| 570 | IMG-0194.MOV |
| 571 | IMG-0195.MOV |
| 572 | IMG-0196.MOV |
| 573 | IMG-0204.MOV |
| 574 | IMG-0206.MOV |
| 575 | IMG-0207.MOV |
| 576 | IMG-0226.MOV |
| 577 | IMG-0245.MOV |
| 578 | IMG-0256.MOV |
| 579 | IMG-0314.MOV |
| 580 | IMG-0317.MOV |

| Exhibit No. | File Name & Description |
|---|---|
| 581 | IMG-0319.MOV |
| 582 | IMG-0422.MOV |
| 583 | IMG-0425.MOV |
| 584 | IMG-0438.MOV |
| 585 | IMG-0440.MOV |
| 586 | IMG-0680.MOV |
| 587 | IMG-0856.MOV |
| 588 | IMG-0864.MOV |
| 589 | IMG-0880.MOV |
| 590 | IMG-0919.MOV |
| 591 | IMG-0921.MOV |
| 592 | IMG-0937.MOV |
| 593 | IMG-0940.MOV |
| 594 | IMG-0941.MOV |
| 595 | IMG-0942.MOV |
| 596 | IMG-0947.MOV |
| 597 | IMG-0992.MOV |
| 598 | 5005 |
| 599 | 5005.1 |
| 600 | 5005.2 |
| 601 | 5005.3 |
| 602 | 5005.4 |
| 603 | 5005.5 |
| 604 | 5005.6 |
| 605 | 5005.7 |
| 606 | 5005.8 |
| 607 | 5005.9 |
| 608 | 5005.10 |
| 609 | 5005.11 |

| Exhibit No. | File Name & Description |
|---|---|
| 610 | 5005.12 |
| 611 | 5005.13 |
| 612 | 5005.14 |
| 613 | 5005.15 |
| 614 | 5005.16 |
| 615 | 5005.17 |
| 616 | 5005.18 |
| 617 | 5005.19 |
| 618 | 5005.20 |
| 619 | 5005.21 |
| 620 | 5005.22 |
| 621 | 5005.23 |
| 622 | 5005.24 |
| 623 | 5005.25 |
| 624 | 5005.26 |
| 625 | 5005.27 |
| 626 | 5005.28 |
| 627 | 5005.29 |
| 628 | 5005.30 |
| 629 | 5005.31 |
| 630 | 5005.32 |
| 631 | 5005.33 |
| 632 | 5005.34 |
| 633 | 5005.35 |
| 634 | 5005.36 |
| 635 | 5005.37 |
| 636 | 5005.38 |
| 637 | 5005.39 |
| 638 | 5005.40 |

| Exhibit No. | File Name & Description |
|---|---|
| 639 | 5005.41 |
| 640 | 5005.42 |
| 641 | 5005.43 |
| 642 | 5005.44 |
| 643 | 5005.45 |
| 644 | 5005.46 |
| 645 | 5005.47 |
| 646 | 5005.48 |
| 647 | 5005.49 |
| 648 | 5005.50 |
| 649 | 5005.51 |
| 650 | 5005.52 |
| 651 | 5005.53 |
| 652 | 5005.54 |
| 653 | 5005.55 |
| 654 | 5005.56 |
| 655 | 5005.57 |
| 656 | 5005.58 |
| 657 | 5005.59 |
| 658 | 5005.60 |
| 659 | 5005.61 |
| 660 | 5005.62 |
| 661 | 5005.63 |
| 662 | 5005.64 |
| 663 | 5005.65 |
| 664 | 5005.66 |
| 665 | 5005.67 |
| 666 | 5005.68 |
| 667 | 5005.69 |

| Exhibit No. | File Name & Description |
|---|---|
| 668 | 5005.70 |
| 669 | 5005.71 |
| 670 | 5005.72 |
| 671 | 5005.73 |
| 672 | 5005.74 |
| 673 | 5005.75 |
| 674 | 5005.76 |
| 675 | 5005.77 |
| 676 | 5005.78 |
| 677 | 5005.79 |
| 678 | 5005.80 |
| 679 | 5005.81 |
| 680 | 5005.82 |
| 681 | 5005.83 |
| 682 | 5005.84 |
| 683 | 5005.85 |
| 684 | 5005.86 |
| 685 | 5005.87 |
| 686 | 5005.88 |
| 687 | 5005.89 |
| 688 | 5005.90 |
| 689 | 5005.91 |
| 690 | 5005.92 |
| 691 | 5005.93 |
| 692 | 5005.94 |
| 693 | 5005.95 |
| 694 | 5005.96 |
| 695 | 5005.97 |
| 696 | 5005.98 |

| Exhibit No. | File Name & Description |
|---|---|
| 697 | 5005.99 |
| 698 | 5005.100 |
| 699 | 5005.101 |
| 700 | 5005.102 |
| 701 | 5005.103 |
| 702 | 5005.104 |
| 703 | 5005.105 |
| 704 | 5005.106 |
| 705 | 5005.107 |
| 706 | 5005.108 |
| 707 | 5005.109 |
| 708 | 5005.110 |
| 709 | 5005.111 |
| 710 | 5005.112 |
| 711 | 5005.113 |
| 712 | 5005.114 |
| 713 | 5005.115 |
| 714 | 5005.116 |
| 715 | 5005.117 |
| 716 | 5005.118 |
| 717 | 5005.119 |
| 718 | 5005.120 |
| 719 | 5005.121 |
| 720 | 5005.122 |
| 721 | 5005.123 |
| 722 | 5005.124 |
| 723 | 5005.125 |
| 724 | 5005.126 |
| 725 | 5005.127 |

| Exhibit No. | File Name & Description |
|---|---|
| 726 | 5005.128 |
| 727 | 5005.129 |
| 728 | 5005.130 |
| 729 | 5005.131 |
| 730 | ARIUSEEN LLC -  lLStatus.do |
| 731 | ARIUSEEN LLC - CP575Notice 1639445496830 |
| 732 | BB972F4D-788C-42FB-A95F-D8ED7251D4E5.large |
| 733 | bill carl |
| 734 | billc |
| 735 | C1858A23-2126-4E20-8846-835DB520BCBC.large |
| 736 | cplAa6oFFLzois5zjAkctfvNqXsvqQc |
| 737 | cplAaChAXCIWfGSHCb+ZcxYO9jtwAbv.mov |
| 738 | cplAaPkwCj2aXYkzdxK7orxLXHsxvdU.mov |
| 739 | cplAb1XUFKjr4oqaJp FK6B2AP5YlFH |
| 740 | cplAb9wGOBWBr r6jM0zdE5j6UVaUBa.mov |
| 741 | cplAbQQ23djRT1wpt+95viLkBbTbDSb |
| 742 | cplAcPQJYPiJoaubfZRKuYMysCI bz0 |
| 743 | cplAdMVQe23UBWkkyZgUivOWiGYaQ t |
| 744 | cplAeqCSn5OmDl9svkNowDl7eL9k0Nt |
| 745 | cplAQtjdsMCqF CYJibGDTeILvk8Gh5 |
| 746 | cplARbQOrQDD6uml8INQAEGIOL4kfH7 |
| 747 | cplARDv299csNRlhyAnPySBOo+PW59Q |
| 748 | cplASBgY255bhwA7UQfSib1+mlOzlX1 |
| 749 | cplATr9Dk5I2YA0sU9kS5V46f1FFYxP |
| 750 | cplAUirTju c43+ZznnNYX9ls5O2V2y |
| 751 | cplAWaF+UytDHN7ywIV+CESRkyAIpF6 |
| 752 | cplAWE6HxK2rumU1V9VmqbOQq8Jp8m7 |
| 753 | cplAZPuNJWJ7Qv0yu+BGwxc8Yxa3yHU |
| 754 | CPN Creator part 2 |

25

| Exhibit No. | File Name & Description |
|---|---|
| 755 | CPN creator |
| 756 | CPN creator-embedded_1 |
| 757 | CPN creator-embedded_18 |
| 758 | Darius Green comed bill |
| 759 | Darius Green final statement |
| 760 | Darius green photo |
| 761 | EvidenceCollection_2023-10-Report_2026-02-Report |
| 762 | JIMMERSON Articles of org |
| 763 | JIMMERSON EIN |
| 764 | JIMMERSON PROMOTIONS LLC - llc5.5(S).ait |
| 765 | JIMMERSON SALES LL C articles |
| 766 | JIMMERSON SALES LL C EIN |
| 767 | Jimmerson sales statement |
| 768 | Jimmerson sales tmobile |
| 769 | Jimmerson sales utility bill |
| 770 | Jimmerson sales utility bill |
| 771 | Lease |
| 772 | Navy-Federal-Credit-Union-Electronic-Direct-Deposit-Form |
| 773 | Pat JIMMERSON stub 1 |
| 774 | Pat JIMMERSON stub 2 |
| 775 | Patrick Jimmerson comed bill |
| 776 | Screenshot 2023-06-03 at 9.43.45 PM |
| 777 | Summary |
| 778 | TRICANBERRY SALES LLC - CP575Notice_1652746947492 |
| 779 | TRICANBERRY SALES LLC lLStatus.do |
| 780 | 1B47 Bashiru-Okereke re Mike |
| 781 | 1B24 Drake iPhone Ami Coulibaly ID |
| 782 | 1B24 Drake iPhone dpsir65.gmail 1 |
| 783 | 1B24 Drake iPhone dpsir65.gmail 2 |

26

| Exhibit No. | File Name & Description |
|---|---|
| 784 | Hi - tony johnson (tony2020u@yahoo.com) - 2022-01-13 1111.eml |
| 785 | 22262717 |
| 786 | Proof of address - jason wallat (ogus14u@yahoo.com) - 2022-01-15 1835.eml |
| 787 | Bill-2 |
| 788 | Re Hi - jason wallat (ogus14u@yahoo.com) - 2022-06-23 2247.eml |
| 789 | CP575Notice-1642090942525 |
| 790 | BRF Global, BofA x5701 Stmts |
| 791 | BRF Global, BofA x5701 Customer Info |
| 792 | BRF Global, BofA x5701 Sig Card |
| 793 | BRF Global, BofA x5701 Wires |
| 794 | BRF BofA x5701 Records Cert |
| 795 | Rieves Concepts, BofA x9831 Stmts |
| 796 | Rieves Concepts, BofA x9831 Cust Info |
| 797 | Rieves Concepts, BofA x9831 Sig Card |
| 798 | Rieves Concepts, BofA x9831 Records Cert |
| 799 | Yamajesty Concept, BofA x2613 |
| 800 | BRF Global, BMO Harris, x0839 |
| 801 | BRF Global, BMO Harris, x0839 Records Cert |
| 802 | DB-CB and Minerals Holding, BMO Harris x5448 |
| 803 | DB-CB and Minerals Holding, BMO Harris x5448, Records Cert |
| 804 | Desanders Trucking Service, BMO Harris x 3794 |
| 805 | Jimmy Scott Logistic, BMO Harris x1732 |
| 806 | Jimmy Scott Logistic, BMO Harris x1732 Records Cert |
| 807 | JohnSmith Movers, BMO Harris x1384 |
| 808 | JohnSmith Movers, BMO Harris x1384 Records Cert |
| 809 | Levale Bishop, BMO Harris x3282 |
| 810 | PhillipLane Trucking Services, BMO Harris x0628 |
| 811 | Yahara Extensions, BMO Harris, x4328 |
| 812 | Yahara Extensions, BMO Harris, x4328 Records Cert |

| Exhibit No. | File Name & Description |
|---|---|
| 813 | Yamjesty Concept, BMO Harris x8593 |
| 814 | Levale Bishop, Capital One x8705, x7608 Deposit Detail |
| 815 | Levale Bishop, Capital One x8705, x7608 Records Cert |
| 816 | Raisuli Ali, Capital One x8180 Stmts |
| 817 | Raisuli Ali, Capital One x8180 Wire Detail |
| 818 | Raisuli Ali, Capital One x8180 Records Cert |
| 819 | Rieves Concept, Citibank x5092 |
| 820 | Philliplane Trucking Svcs, Citibank x1815 |
| 821 | Brian Williams, Citizens x5577 |
| 822 | Kristin Walker, Citizens x2987 |
| 823 | Robert Brown, Citizens x4410 |
| 824 | Terrell Jones, Citizens x1785 |
| 825 | Paradise Runway, Huntington x6366 Stmts |
| 826 | Paradise Runway, Huntington x6366, Cust Info |
| 827 | Paradise Runway, Huntington x6366 Deposits |
| 828 | Paradise Runway, Huntington x6366 Sig Card |
| 829 | Paradise Runway, Huntington x6366, KYC Info |
| 830 | Paradise Runway, Huntington x6366, Resolution |
| 831 | Paradise Runway, Huntington x6366 Records Cert |
| 832 | Philiplane Trucking, Huntington x8124 Stmts |
| 833 | Philiplane Trucking, Huntington x8124 Deposits |
| 834 | Philiplane Trucking, Huntington x8124 KYC Info 1 |
| 835 | Philiplane Trucking, Huntington x8124 KYC Info 2 |
| 836 | Philiplane Trucking, Huntington x8124 Sig Card |
| 837 | Philiplane Trucking, Huntington x8124 Records Cert |
| 838 | Rieves Concept, Huntington x9767 Stmts |
| 839 | Rieves Concept, Huntington x9767 Checks |
| 840 | Rieves Concept, Huntington x9767 Deposits |
| 841 | Rieves Concept, Huntington x9767 Wires |

| Exhibit No. | File Name & Description |
|---|---|
| 842 | Rieves Concept, Huntington x9767 Withdrawals |
| 843 | Rieves Concept, Huntington x9767 KYC 1 |
| 844 | Rieves Concept, Huntington x9767 KYC 2 |
| 845 | Rieves Concept, Huntington x9767 KYC 3 |
| 846 | Rieves Concept, Huntington x9767 KYC 4 |
| 847 | Rieves Concept, Huntington x9767 Sig Card |
| 848 | Rieves Concept, Huntington x9767 Records Cert |
| 849 | Ronnell Concept, Huntington x6247 Stmts |
| 850 | Ronnell Concept, Huntington x6247 Cust Info |
| 851 | Ronnell Concept, Huntington x6247 Deposits |
| 852 | Ronnell Concept, Huntington x6247 Wire Details |
| 853 | Ronnell Concept, Huntington x6247 Sig Card |
| 854 | Ronnell Concept, Huntington x6247 Records Cert |
| 855 | Yahara Extensions, Huntington x0705 Stmts |
| 856 | Yahara Extensions, Huntington x0705 Cust Info (1) |
| 857 | Yahara Extensions, Huntington x0705 Deposits |
| 858 | Yahara Extensions, Huntington x0705 Corp Resolution |
| 859 | Yahara Extensions, Huntington x0705 KYC |
| 860 | Yahara Extensions, Huntington x0705 Sig Card |
| 861 | Yahara Extensions, Huntington x0705 Records Cert |
| 862 | BRF Global, JPMC x5951 |
| 863 | Jimmy Scott Logistics, JPMC x6188 |
| 864 | Lonzom Sales, JPMC x2103 |
| 865 | Philliplane Trucking Services, JPMC x8172 |
| 866 | Rieves Concept, JPMC x5985 |
| 867 | Yamajesty Concept, JPMC x6682 |
| 868 | Jimmy Scott Logestics, Old National Bank x3741 Stmts |
| 869 | Jimmy Scott Logestics, Old National Bank x3741 Ownership |
| 870 | Jimmy Scott Logestics, Old National Bank x3741 Checks |

| Exhibit No. | File Name & Description |
|---|---|
| 871 | Jimmy Scott Logestics, Old National Bank x3741 Resolution |
| 872 | Jimmy Scott Logestics, Old National Bank x3741 Sig Card |
| 873 | Jimmy Scott Logestics, Old National Bank x3741 Records Cert |
| 874 | BRF Global, PNC x2806 |
| 875 | Jimmy Scott Logistics, PNC x5208 |
| 876 | Johnsmith Movers, PNC x 9086 |
| 877 | Micbrown Shipping, PNC x6717 |
| 878 | Ronnell Concept, PNC x8231 |
| 879 | Yahara Extensions, PNC x2612 |
| 880 | Mark Dabney, US Bank Accounts |
| 881 | Philliplane Trucking, Wells Fargo x0277 |
| 882 | Animat Olooto, Wintrust x6380 |
| 883 | BRF Global, Wintrust x2749 |
| 884 | DB-CB and Minerals Holding, Wintrust x7991 |
| 885 | Paradise Runway, Wintrust x6667 |
| 886 | Bashiru iCloud Backup Report |
| 887 | Bashiru iCloud Records Cert |
| 888 | dde6dce9-11c3-448a-943f-b5e3669ea793 - Synced.mp4 |
| 889 | 145c523f-b5b6-45fa-ab33-5a9e7982bec1.mp4 |
| 890 | 438a32ea-6f71-4aae-9318-a44bcf97d64e.mp4 |
| 891 | 59557fc1-b874-42e1-8e2e-e464b64830e7.mp4 |
| 892 | 598b9840-5073-47f6-aaf1-4ea2a5dc0876.mp4 |
| 893 | 67c56ef4-ab57-44d2-ba01-3238cac0c7d7.mp4 |
| 894 | 85ab7c56-287b-4ce2-8179-c2297ab8db79.mp4 |
| 895 | 90f5d6a9-510b-4b04-a62b-24bd31bdb9f8.mp4 |
| 896 | 95d72085-7662-4ef8-a407-ef5635d0f727.mp4 |
| 897 | a4787866-62f8-4f97-ad2b-2e2f83d04c6d.mp4 |
| 898 | cbfb0020-8a74-4d56-b3ff-db895b960c3c.mp4 |
| 899 | e776f778-5ec0-4255-8c29-021cc94693c5.mp4 |

| Exhibit No. | File Name & Description |
|---|---|
| 900 | fa366767-a060-44bc-8508-e012148ffa6a (1).mp4 |
| 901 | febd6765-ffc9-4bda-a753-cfaa8df123e0.mp4 |
| 902 | Bashiru-Okereke re Club Rain |
| 903 | Bashiru-Okereke Travel Arrangements, attribution of WhatsApp accts |
| 904 | Bashiru-Okereke, Bashiru Collects Money for AY from Okereke |
| 905 | Bashiru-Okereke, New ID for Okereke |
| 906 | Bashiru-Okereke, Sparkle Transport and Watch |
| 907 | EA441A9A-AAA8-42AC-8168-CCB5FB7267A4 |
| 908 | 20221202 101757 - Synced Clip 1.mp4 |
| 909 | 20230207 113947 - Synced Clip 2.mp4 |
| 910 | 1B47 Bashiru-Okereke re Bentley |
| 911 | 2ec40407-7f85-4cef-a9c8-a727fb2044fb.mp4 |
| 912 | b9a066dd-63b2-4ed0-b11b-372d0c6e9ba8.mp4 |
| 913 | e06d175d-f99d-4f23-959d-6597b24ba1cd.mp4 |
| 914 | Okereke-Awoyemi Bentley Purchase |
| 915 | Christopher Cash App Cust Info and Selected Transactions |
| 916 | Christopher CashApp Records Cert |
| 917 | Dabney, Citibank x8030 Stmts |
| 918 | Dabney, Citibank x8030 Records Cert |
| 919 | 001.223-20220801-Olaaaaaaa.eml |
| 920 | 001.257-20220224-Fwd-Welcome-Home-to-2851-S.-King-Dr-Apt-.eml |
| 921 | Emergency-Contact |
| 922 | Prairie-Shores-Welcome-Book-01.20.2022 |
| 923 | 001.258-20220206-Fwd-Welcome-Home-to-2851-S.-King-Dr-Apt-.eml |
| 924 | Emergency-Contact.docx |
| 925 | PS-Parking-Rules-and-Regulation-2022 |
| 926 | Prairie-Shores-Welcome-Book-12.14.2021 |
| 927 | Fetch-QR-Reg-Flyer |
| 928 | Emergency-Plan-for-Prairie-Shores-Apartments_2020 |

| Exhibit No. | File Name & Description |
|---|---|
| 929 | 4-0809-Ebunolwa-Samson-WL |
| 930 | 4-0809-Ebunoluwa-Samson |
| 931 | 001.184-20220902-Hi-.eml |
| 932 | corpStatus.do |
| 933 | 001.185-20220902-Hi.eml |
| 934 | CP575Notice-1661885758299 |
| 935 | 001.244-20220714-Pics-22233.eml |
| 936 | D151E2EE-B033-462C-9D59-7DFAD7E95521.jpeg |
| 937 | EB32F1ED-E545-4571-8CF2-4AB2479157DD.jpeg |
| 938 | 001.249-20220707-Pic.eml |
| 939 | 3FDF81D5-4BE3-4A2B-B595-65D06921F491.jpeg |
| 940 | 001.250-20220705-Pics.eml |
| 941 | 157731E1-929F-4A2A-8D97-2509F4D089CD.jpeg |
| 942 | 001.251-Piccccc.eml |
| 943 | 8CF3F7AE-813C-44AE-B2AD-6CD00680FAF0.jpeg |
| 944 | 001.252-Pic.eml |
| 945 | 6C8CBC7C-CC51-472F-9D16-61A3D24473C8.jpeg |
| 946 | 001.204-.eml |
| 947 | OLA-BILL-2 |
| 948 | 001.208-.eml |
| 949 | EMMANUEL-OKEREKE |
| 950 | LARESA-JONES |
| 951 | 001.212-20220811-.eml |
| 952 | BillImage-3-(1) |
| 953 | 001.213-20220811-.eml |
| 954 | BillImage-3-(1) |
| 955 | 001.216-.eml |
| 956 | KAYLIN-MORRIS |
| 957 | PHILLIP-LANE |

32

| Exhibit No. | File Name & Description |
|---|---|
| 958 | 001.235-20220721-Fw-BILL.eml |
| 959 | AMINAT-BILL |
| 960 | ANTHONY-BILL |
| 961 | RICHARD-BILL |
| 962 | 001.237-BILL.eml |
| 963 | AMINAT-BILL |
| 964 | ANTHONY-BILL |
| 965 | RICHARD-BILL |
| 966 | Ymail Records Cert |
| 967 | Emmanuel2020u@yahoo Records Cert |
| 968 | Ogus14U Records Cert |
| 969 | Of Interest Attachments (Reed Phone - IMs) |
| 970 | Ronnell Spencer Related Attachments - IMs |
| 975 | 1B16 Okereke-Bashiru re New Dolton |
| 976 | 45a41f55-b573-4997-9b97-88ec8d84c4ed - Synced.mp4 |
| 977 | 1325f4e6-8c2e-498f-9544-3a489bce43c9.m4a |
| 978 | 001.167-20220913-Fwd-Hi.eml |
| 979 | lLStatus.do |
| 980 | 001.168-20220913-.eml |
| 981 | CP575Notice-1658786336821 |
| 982 | 001.168-.eml |
| 983 | CP575Notice-1658786336821 |
| 984 | 001.227-20220727-Fwd-How-far-.eml |
| 985 | CP575Notice-1658786336821 |
| 986 | 001.232-20220726-Hi.eml |
| 987 | lLStatus.do |
| 988 | 001.233-20220725-How-far-.eml |
| 989 | CP575Notice-1658786336821 |
| 990 | 001.20220825-.eml |

33

| Exhibit No. | File Name & Description |
|---|---|
| 991 | CLAROHSON-Certificate |
| 992 | 001.201-20220825-.eml |
| 993 | CLAROHSON-SALES-LLC-CP575Notice-1643211861519 |
| 994 | 001.202-20220825-Hey.eml |
| 995 | CLAROHSON-Original_Document |
| 996 | 001.221-20220802-ID.eml |
| 997 | 3FFDD576-F819-45FC-8DA0-8FD7E2720F67.jpeg |
| 998 | 6EFE734D-8567-4500-99D0-CF21845B8224.jpeg |
| 999 | 001.226-20220727-Info.eml |
| 1000 | 1CACBBEC-77EA-43CF-A569-2CBF59B480A2.jpeg |
| 1001 | 001.174-20220907-.eml |
| 1002 | ilsosgoodstanding12188722.pdf |
| 1003 | 001.271-20211225-Illinois-Secretary-of-State-LLC-Articles.eml |
| 1004 | 001.20220920-.eml |
| 1005 | Lonzom-sales-llc-Printer-Friendly-Form-View.pdf |
| 1006 | 001.123-20220920-Hey.eml |
| 1007 | LONZOM-SALES-LLC-CP-575-A-Notice.pdf |
| 1008 | 001.203-20220825-How-far-.eml |
| 1009 | CP575Notice-1661441711406.pdf |
| 1010 | 001.206-Hi.eml |
| 1011 | lLStatus.do.pdf |
| 1012 | 001.183-20220902-Hi-.eml |
| 1013 | CP575Notice-1662143725235.pdf |
| 1014 | 001.181-20220906-Iiii.eml |
| 1015 | lLStatus.do.pdf |
| 1016 | 001.Hi.eml |
| 1017 | EIN.pdf |
| 1018 | 001.191-20220830-Hey-.eml |
| 1019 | CP575Notice-1661883439785.pdf |

| Exhibit No. | File Name & Description |
|---|---|
| 1020 | 001.193-20220830-Article-Status-Illinois-SOS.eml |
| 1021 | 001.195-20220830-Illinois-Secretary-of-State-LLC-Articles.eml |
| 1022 | 001.196-20220830-Payment-Receipt.eml |
| 1023 | 001.230-20220727-Hi.eml |
| 1024 | lLStatus.do.pdf |
| 1025 | 001.163-20220914-Fwd-.eml |
| 1026 | IMG-2488.jpg |
| 1027 | IMG-2489.jpg |
| 1028 | 001.205-20220824-Hhhhh.eml |
| 1029 | CP575Notice-1661383370423.pdf |
| 1030 | 001.229-20220727-Hi.eml |
| 1031 | corpStatus.do.pdf |
| 1032 | 001.207-20220819-Hi.eml |
| 1033 | CP575Notice-1660928254217.pdf |
| 1034 | 001.215-20220805-Article-Status-Illinois-SOS.eml |
| 1035 | 001.Illinois_Secretary_of_State_LLC_Articles.eml |
| 1036 | Bashiru Check Summary |
| 1037 | Bashiru Checks |
| 1038 | Drake Check Summary |
| 1039 | Drake Checks |
| 1040 | Okereke Checks |
| 1041 | Old National Records Certs |
| 1042 | Okereke-Awoyemi re openeing accounts 1 |
| 1043 | Okereke-Awoyemi re openeing accounts 2 |
| 1044 | Okereke-Awoyemi re openeing accounts 3 |
| 1045 | Okereke-Awoyemi re check depositing |
| 1046 | Okereke-Spencer re IDs |
| 1047 | Okereke iCloud Records Cert |
| 1048 | Okereke-Awoyemi re e-mail |

| Exhibit No. | File Name & Description |
|---|---|
| 1049 | Okereke-Coconspirator re e-mail |
| 1050 | Early Warning Records Cert |
| 1051 | Glinsey T-Mobile Tolls with Dabney |
| 1052 | Glinsey, Hutington x3090 Customer Info |
| 1053 | Parker T-Mobile Tolls with Dabney |
| 1054 | Parker Zelle Transactions to Dabney |
| 1055 | T-Mobile Records Cert |
| 1056 | Peter Reed (peterreed2202@gmail.com) - 2022-09-21 1459.eml |
| 1057 | Peter Reed (peterreed2202@gmail.com) - 2023-02-28 1250.eml |
| 1058 | Telegram iOS error  +1 773-886-4645 - Peter Reed (peterreed2202@gmail.com) - 2022-09-23 0037.eml |
| 1059 | peterreed2202@gmail Records Cert |
| 1060 | feb- Pierre Williams (pzmoney3211@gmail.com) - 2021-03-14 1813.eml |
| 1061 | bb-feb.pdf |
| 1062 | Pierre Williams (pzmoney3211@gmail.com) - 2021-03-16 1820.eml |
| 1063 | bb_feb.pdf |
| 1064 | Pierre Williams (pzmoney3211@gmail.com) - 2021-03-16 1912.eml |
| 1065 | region_bb.pdf |
| 1066 | Pierre Williams (pzmoney3211@gmail.com) - 2021-06-08 0336.eml |
| 1067 | Pierre Williams (pzmoney3211@gmail.com) - 2022-06-30 0125.eml |
| 1068 | Pierre Williams (pzmoney3211@gmail.com) - 2022-06-30 1041.eml |
| 1069 | Pierre Williams (pzmoney3211@gmail.com) - 2022-06-30 1047.eml |
| 1070 | IMG_0427.PNG - Pierre Williams (pzmoney3211@gmail.com) - 2020-09-11 1840.eml |
| 1071 | Peter F Reed jr - Pierre Williams (pzmoney3211@gmail.com) - 2020-09-30 2044.eml |
| 1072 | O - Pierre Williams (pzmoney3211@gmail.com) - 2022-06-28 1818.eml |
| 1073 | Pierre Williams (pzmoney3211@gmail.com) - 2022-08-18 2218.eml |
| 1074 | Pierre Williams (pzmoney3211@gmail.com) - 2022-08-04 2340.eml |
| 1075 | KAYLIN MORRIS.pdf |
| 1076 | PHILLIP LANE.pdf |

| Exhibit No. | File Name & Description |
|---|---|
| 1077 | Pierre Williams (pzmoney3211@gmail.com) - 2022-08-11 1557.eml |
| 1078 | EMMANUEL OKEREKE.pdf |
| 1079 | LARESA JONES.pdf |
| 1080 | Pierre Williams (pzmoney3211@gmail.com) - 2022-08-25 0955.eml |
| 1081 | BillImage 3.pdf |
| 1082 | Pierre Williams (pzmoney3211@gmail.com) - 2022-08-25 0959.eml |
| 1083 | OLA BILL.pdf |
| 1084 | Pierre Williams (pzmoney3211@gmail.com) - 2022-08-25 1002.eml |
| 1085 | OLA BILL 2.pdf |
| 1086 | BILL - Pierre Williams (pzmoney3211@gmail.com)2022-07-21 1045.eml |
| 1087 | AMINAT BILL.pdf |
| 1088 | ANTHONY BILL.pdf |
| 1089 | RICHARD BILL.pdf |
| 1090 | DEVIN BILL - Pierre Williams (pzmoney3211@gmail.com) - 2022-09-02 1023.eml |
| 1091 | DEVIN SANDERS BILL.pdf |
| 1092 | pzmoney3211 Records Cert |
| 1093 | 3fa9651c-17dd-442e-b4f5-790a4750b495.mp4 |
| 1094 | 9d6f3936-8511-45de-88b1-32ee56a68693.mp4 |
| 1095 | Bashiru-Okereke Evojets Quote |
| 1096 | Bashiru-Okereke Evojets Wire |
| 1097 | Bashiru-Okereke Private Jet CHI-ATL |
| 1098 | c951b045-93db-44e2-b85c-4a538b6e9044.mp4 |
| 1099 | Bashiru, Citibank x1374 Stmts |
| 1100 | Bashiru, Citibank x1374 Sig Card |
| 1101 | Bashiru, Citibank x1374 Wires |
| 1102 | Bashiru, Citibank x1374 Records Cert |
| 1103 | Reed Toll Records (331-305-3788) |
| 1104 | Reed Toll Records (773-590-5550) |

| Exhibit No. | File Name & Description |
|---|---|
| 1105 | Reed Toll Records (773-881-7733) |
| 1106 | Reed Tolls Records Cert |
| 1110 | 1B67-Hight ID |
| 1111 | 1B49 Misc ID's |
| 1112 | 1B51 Samson ID |
| 1113 | 1B55 Bashiru Notice of Benefits |
| 1114 | 1B55 Kaylin Morris Utility Bill |
| 1115 | 1B55 Misc Incorporation Records |
| 1116 | 1B55 Old National Bank Letter |
| 1117 | 1B55 Old National E-mail and Check List |
| 1118 | 1B28 Georgia Medicaid Statement |
| 1119 | 1B28 Mislabled Corp Documents |
| 1120 | 1B31 Notes on Evelopes and Cashiers Checks pt. 1 |
| 1121 | 1B31 Notes on Evelopes and Cashiers Checks pt. 2 |
| 1122 | 1B31 Notes on Evelopes and Cashiers Checks pt. 3 |
| 1123 | 1B31 Notice of Intent to Disolve Mislabled |
| 1124 | 1B3-Alonzo Smith Checks |
| 1125 | 1B3-Bashiru Check and ID |
| 1126 | 1B3-Drake Checks, Receipts, and ID |
| 1127 | 1B3-Misc Checks |
| 1128 | 1B3-Office Notes |
| 1129 | 1B12 2022 Bentley Bentayga Records |
| 1130 | 1B16 Okerke iPhone Device Info |
| 1131 | 1B16 Okerke iPhone User Accounts |
| 1132 | 1B24 Aruan Drake iPhone Device Info |
| 1133 | 1B24 Aruan Drake iPhone User Accounts |
| 1134 | 1B43 Reed iPhone Device Info |
| 1135 | 1B43 Reed iPhone User Accounts |
| 1136 | 1B47 Bashiru iPhone Device Info |

38

| Exhibit No. | File Name & Description |
|---|---|
| 1137 | 1B47 Bashiru iPhone User Accounts |
| 1138 | 1B81 Bashiru iPhone Device Info |
| 1139 | 1B81 Bashiru iPhone User Accounts |
| 1140 | 1B99 Awoyemi iPhone Device Info |
| 1141 | 1B99 Awoyemi iPhone User Accounts |
| 1142 | 1B99 Awoyemi iPhone Wipe |
| 1143 | Awoyemi CashApp Cust Info |
| 1144 | Awoyemi CashApp Records Cert |
| 1145 | emmanuel2020u@yahoo.com-lt-activity.html |
| 1146 | joyce2020u@yahoo.com-lt-activity.html |
| 1147 | ogus14u@yahoo.com-lt-activity.html |
| 1148 | tony2020u@yahoo.com-lt-activity.html |
| 1149 | Global Womens Tech, JPMC, x3013 |
| 1150 | JPMC Cashiers Check x3310 |
| 1151 | JPMC Cashiers Check x4816 |
| 1152 | JPMC Cashiers Check x8314) |
| 1153 | Washingtoner Promtoions, JPMC x5661, Records Cert |
| 1154 | Washingtoner Promtoions, JPMC x5661 |
| 1155 | JPMC Cashiers Check x9024 |
| 1156 | Tayljam, JPMC x5583 |
| 1157 | CG-FO-202409121-CG_Custodial-Clip 1 -0238-0437-Sync |
| 1158 | CG-FO-202409121-CG_Custodial-Clip 2 -0538-1051-Sync |
| 1159 | CG-FO-202409121-CG_Custodial-Clip 3 -1113-1614-Sync |
| 1160 | CG-FO-202409121-CG_Custodial-Clip 4 -2041-2531-Sync |
| 1165 | BOA 2 2 6955983554015728095 1 207.mp4 |
| 1166 | CB 1 1 6861933297097842219 1 206.mp4 |
| 1167 | CB 6 6 6851910887887939941 2 419.mp4 |
| 1168 | CB 7 7 6853065224758566411 2 419.mp4 |

| Exhibit No. | File Name & Description |
|---|---|
| 1169 | Pillars Fashion Club Recording - SMS Attachments 78 08 D72B1F0A-7A15-4B21-912A-2411CF78EC49 IMG 9448 - Synced.mp4 |
| 1175 | Physical Exhibit |
| 1176 | Physical Exhibit |
| 1177 | Physical Exhibit |
| 1178 | Physical Exhibit |
| 1179 | Physical Exhibit |
| 1180 | Physical Exhibit |
| 1181 | Physical Exhibit |
| 1182 | Physical Exhibit |
| 1183 | Physical Exhibit |
| 1184 | Physical Exhibit |
| 1185 | Physical Exhibit |
| 1186 | Physical Exhibit |
| 1187 | Physical Exhibit |
| 1188 | Physical Exhibit |
| 1189 | Physical Exhibit |

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

/s/ *Gene Crawford*
Gene Crawford (OH: 0076280)
Robert N. Melching (MI: P80488)
Assistant United States Attorneys
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
(419) 259-6360 (facsimile)
Gene.Crawford@usdoj.gov
Robert.Melching@usdoj.gov